**Opinion issued April 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00888-CV

————————————

## CHARLES NELSON, Appellant

## V.

## JOSH VATH AND JANET VATH, Appellees

On Appeal from the County Court at Law No. 3
Galveston County, Texas
Trial Court Case No. CV-0087557

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 25, 2022. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's

fault); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellant failed to respond to our notices of December 22, 2022 (past due filing fee) and December 27, 2022 (non-payment for the clerk's record), that, should appellant not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellant has not responded to this Court's notices.

We dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.